IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00136-WJM-BNB

RICHARD J. LYNN,

Plaintiff,

v.

W. COX, SIS Investigator,
J. BOLEY, Unit Manager,
J. CAREY, Disciplinary Hearing Officer,
R. SHANK, Staff Representative,
R. WILEY, Warden, ADX,
B. DAVIS, Warden, ADX,
J. FOX, Associate Warden, ADX,
J. JONES, Associate Warden, ADX,
M. COLLINS, Unit Manager, ADX,
P. RANGEL, Unit Manager, ADX,
A. FENLON, Case Manager,
T. JOHNS, Warden USP-1 Coleman, FL,
R. BURTON, Associate Warden, USP-1 Coleman, FL, and
O. BARAT, Captain, USP-1 Coleman, FL,

Defendants.
_____

**ORDER**
_____

This matter arises *sua sponte*. The plaintiff's address of record is at the United States Penitentiary, P.O. Box 7000, Florence, CO 81226. *Prisoner Complaint*, [Doc. #1] (the "Complaint'), p. 2. On November 29, 2011, the United States Attorney filed a Notice of Change of Address on behalf of the plaintiff [Doc. #64] (the "Notice"). The Notice states that the plaintiff's new address is FTC Oklahoma City, Federal Transfer Center, P.O. Box 898801, Oklahoma City, OK 73189. The Federal Bureau of Prisons' website states that the plaintiff is incarcerated at the United States Penitentiary in Coleman, Florida.

The local rules of this court require that a party file written notice of a new address within five days after a change of address. D.C.COLO.LCivR 10.1M. Accordingly,

IT IS ORDERED

1. On or before **December 21, 2011**, the plaintiff shall notify the court, in writing, of his current address; and

2. The Clerk of the Court shall send a copy of this order to the plaintiff at (a) the United States Penitentiary, P.O. Box 7000, Florence, CO 81226; (b) FTC Oklahoma City, Federal Transfer Center, P.O. Box 898801, Oklahoma City, OK 73189; and (c) USP Coleman II, U.S. Penitentiary, P.O. Box 1034, Coleman, FL 33521.

Dated December 8, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge