IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00136-WJM-BNB

RICHARD J. LYNN,

Plaintiff,

v.

W. COX, SIS Investigator,
J. BOLEY, Unit Manager,
J. CAREY, Disciplinary Hearing Officer,
R. SHANK, Staff Representative,
R. WILEY, Warden, ADX,
B. DAVIS, Warden, ADX,
J. FOX, Associate Warden, ADX,
J. JONES, Associate Warden, ADX,
M. COLLINS, Unit Manager, ADX,
P. RANGEL, Unit Manager, ADX,
A. FENLON, Case Manager,
T. JOHNS, Warden USP-1 Coleman, FL,
R. BURTON, Associate Warden, USP-1 Coleman, FL, and
O. BARAT, Captain, USP-1 Coleman, FL,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion for Extension of Time or to Stay the Proceedings** [docket no. 74, filed December 8, 2011] and **Plaintiff's Motion for Extension of Time or to Stay the Proceedings** [docket no. 65, filed December 7, 2011] (the "Motions").

      IT IS ORDERED that the Motions are GRANTED and plaintiff has to and including **January 23, 2012**, in which to respond to the **Defendants' Motion to Dismiss** [60]. Defendants have fourteen (14) days after the filing of the response to file a reply.

DATED:  December 12, 2011